# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**U.S. v. Anthony Brinson, Crim. No. 19-153**

## PETITION FOR WRIT OF HABEAS CORPUS

1. ANTHONY BRINSON, DOB 4/2/1991, is now confined to Southern State Correctional Facility in Delmont, New Jersey.

2. ANTHONY BRINSON, DOB 4/2/1991 will be required at the United States District Court in Newark, New Jersey for a Sentencing Hearing before the Honorable Susan D. Wigenton, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: July 12, 2019
Newark, NJ

_____
Elaine K. Lou, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: July 15, 2019

_____
Honorable Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Southern State Correctional Facility
WE COMMAND YOU that you have the body of

ANTHONY BRINSON, DOB 4/2/1991

now confined at the Southern State Correctional Facility, brought to the United States District Court in Newark, New Jersey, on July 25, 2019, at 11:00 p.m., for a Sentencing Hearing before the Honorable Susan D. Wigenton.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: July 15, 2019

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk